IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>LUIS ALBERTO REYES-RIVERA<br>Defendant | CRIMINAL 11-0472CCC |

**ORDER**

     Having considered the Report and Recommendation filed on April 25, 2012 (**docket entry 34**) on a Rule 11 proceeding of defendant Luis Alberto Reyes-Rivera held before U.S. Magistrate Judge Camille L. Vélez-Rivé on April 18, 2012, to which no opposition has been filed, the same is APPROVED.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.  The Court, however, will defer its decision on accepting defendant's plea agreement until it has reviewed the Presentence Report.

     This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 18, 2012.  The **sentencing hearing is set for July 17, 2012 at 4:15 PM**.

     SO ORDERED.

     At San Juan, Puerto Rico, on May 23, 2012.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge